**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-00457-WDM-KMT | FTR - Courtroom C-201 |
| **Date:** January 13, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| TOM SWEENEY, d/b/a TOM'S WINDOWS AND DOORS, LLC, a Colorado limited liability company, | Ryan J. Peterson<br>Timothy D. Edstrom<br>Tom Sweeney |
| Plaintiff, | |
| v. | |
| MARVIN WINDOWS, INC., a Minnesota corporation,<br>BUILDING MATERIAL DISTRIBUTORS, INC., a California Corporation,<br>FRANK MARVIN, individually and as an officer of Marvin Windows,<br>GORDON "DUFF" MARSHALL, individually and as an employee of Marvin Windows,<br>MIKE GARRISON, individually and as an employee of BMD, | Matthew David Spohn |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:11 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff Tom Sweeney also appears.

Motion Hearing is set regarding Defendants' Motion for Rule 11 Sanctions [Doc. No. 33, filed November 24, 2010], Defendants' Motion for Sanctions Under the Court's Inherent Powers [Doc. No. 34, filed November 24, 2010], and Defendants' Motion to Disqualify Law Office of Douglas Romero, LLC as Counsel for Plaintiffs [Doc. No. 35, filed November 24, 2010].

Oral argument from Defendant.
Oral argument from Plaintiff.

| | |
|---|---|
| It is **ORDERED**: | Defendant's Motion for Rule 11 Sanctions [33] is **DENIED** for reasons stated on the record. |
| It is **ORDERED**: | Defendants' Motion for Sanctions Under Court's Inherent Powers [34] is **DENIED** for reasons stated on the record. |
| It is **ORDERED**: | Defendants' Motion to Disqualify Law Office of Douglas Romero, LLC as Counsel for Plaintiff [35] is **DENIED** for reasons stated on the record. |

**Court in Recess: 11:04 a.m.**
Hearing concluded.
Total In-Court Time    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.